IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW
JERSEY CAMDEN VICINAGE

PETER DAMIEN DIPIETRO,

        Plaintiff,

   v.

CITY OF OCEAN CITY, et al.,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:

Civ. No. 25-5986 (RMB)(MJS)

**MEMORANDUM ORDER**

This matter comes before the Court *sua sponte* in this pro civil rights action. On July 15, 2025 and July 28, 2025, Plaintiff's legal mail was returned to the Court as undeliverable. (Dkt. Nos. 12 and 13). Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

**IT IS therefore on this 1ˢᵗ day of April , 2026**

**ORDERED** that this case is dismissed without prejudice pursuant to Local Civil Rule 10.1(a), and the Clerk shall close this matter; and it is further

ORDERED that Plaintiff may seek to reopen this matter if, within 30 days from the date of entry of this Order, he submits to the Clerk of Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, 08101, a writing showing good cause why he did not timely apprise the Court of his new address; and it is further

ORDERED that the Clerk shall mail a copy of this Order to Plaintiff's last known address.

RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE